IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JAMAL HAIZLIP,                    )
                                  )
            Plaintiff,            )
                                  )
    v.                            )
                                  )    1:23-cv-210
SHANNON PETERSON, IV-D            )
Attorney, ALEXANDRIA BURNETT,     )
IV-D Agent, SHARON BARLOW         )
Guilford County DSS Director,     )
                                  )
            Defendants.           )
```

### ORDER

On January 29, 2024, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 6.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim upon which relief may be granted.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of March, 2024.

                                       /s/ William L. Osteen, Jr.
                                       United States District Judge